UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GARY WATSON and LAURA GARZA** on behalf of themselves and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:10-cv-00986 |
| v. | § § | |
| **KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.** | § § § | |
| Defendant. | § § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Gary Watson and Laura Garza (hereinafter "Plaintiffs") on behalf of themselves and on behalf of all others similarly situated, hereby certify the following to be parties, associations of parties, firms, partnerships, corporations, affiliates, parent corporations, or other entities known to them to be financially interested in the outcome of the litigation in this case.

1. Gary Watson, Plaintiff;

2. Laura Garza, Plaintiff;

3. Galvin B. Kennedy, Kennedy Hodges, L.L.P., counsel for Plaintiffs;

4. Konica Minolta Business Solutions U.S.A, Inc., Defendant; and

5. Konica Minolta Holdings, Inc., parent corporation to Konica Minolta Business Solutions U.S.A., Inc.

        Respectfully submitted,

        KENNEDY HODGES, L.L.P.

        By:_____/s/_____
            Galvin B. Kennedy
            State Bar No. 00796870
            Federal Bar No.  20791
            3701 Kirby Drive, Suite 400
            Houston, Texas 77098
            Telephone: 713-523-0001
            Facsimile:  713-523-1116

        Attorney in Charge for Plaintiffs

OF COUNSEL:

Don J. Foty
State Bar No. 24050022
Federal Id No. 711552
KENNEDY HODGES, L.L.P.
3701 Kirby Drive, Suite 400
Houston, Texas 77098
Telephone: 713-523-0001
Facsimile:  713-523-1116

## CERTIFICATE OF SERVICE

     This is to certify that as this 12th day of April 2010, a true and correct copy of the foregoing instrument was served in accordance with the Federal Rules of Civil Procedure:

        _____/s/_____
        Galvin B. Kennedy