#1510597 v3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY WATSON AND LAURA GARZA on behalf of themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS USA, INC., a New Jersey Corporation<br><br>Defendant. | No. 4:10-cv-00986 |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant, Konica Minolta Business Solutions, U.S.A., Inc., ("KMBS") files its Certificate of Interested Parties and states that the following parties are financially interested in the outcome of this litigation.

1. KMBS is a New York corporation and a wholly owned subsidiary of Konica Minolta Holdings, U.S.A., Inc., a New Jersey corporation. Neither entity has publicly traded securities.

2. Gary Watson

3. Laura Garza

4. Galvin Kennedy and Don J. Foty, Kennedy Hodges, L.L.P.

5. Matthew Deffebach, Haynes and Boone, LLP

6. Loren Gesinski, Gibbons P.C.

7. Richard Z. Zackin, Gibbons P.C.

        Respectfully submitted,

        /s/ *Matthew T. Deffebach*
        Matthew Deffebach
        State Bar No. 24012516
        Southern District No. 24225
        HAYNES AND BOONE, LLP
        1221 McKinney, Suite 2100
        Houston, Texas 77010
        Telephone: [713] 547.2000
        Telecopier: [713] 547.2600

        Loren Gesinsky
        State Bar of NY No. 2661981
        Gibbons P.C.
        One Pennsylvania Plaza, 37th Floor
        New York, New York 10119-3701
        Telephone:  [212] 613-2017
        Telecopier:  [212] 554-9606
        ATTORNEY IN CHARGE FOR
        DEFENDANT, ADMISSION FOR PRO
        HAC VICE FORTHCOMING

        Richard S. Zackin
        State Bar of NJ No. 264361970
        Gibbons P.C.
        One Gateway Center
        Newark, New Jersey 07102-5310
        Telephone:  [973] 596-4869
        Telecopier:  [973] 639-6330
        ATTORNEY IN CHARGE FOR
        DEFENDANT, ADMISSION FOR PRO
        HAC VICE FORTHCOMING

#1510597 v3
106942-68877

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on counsel for Plaintiffs in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court on April 28, 2010 at the address and in the manner set forth below.

| | |
|---|---|
| Galvin B. Kennedy | ***Via ECF*** |

KENNEDY HODGES, L.L.P.
3701 Kirby Drive, Suite 400
Houston, Texas 77098
(713) 523-0001 (Telephone)
(713) 523-0001 (Facsimile)
gkennedy@kennedyhodges.com
**COUNSEL FOR PLAINTIFFS**

                                                        /s/ *Matthew T. Deffebach*
                                                        Matthew T. Deffebach

#1510597 v3
106942-68877